United States Bankruptcy Court
District of Massachusetts

In re:  
Charles Kokinidis  
    Debtor

Case No. 11-18443-fjb  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0101-1      User: ymw      Page 1 of 2      Date Rcvd: Sep 06, 2011  
                      Form ID: b9a      Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 08, 2011.

```
db          +Charles Kokinidis,    7 Brown Terrace,    Dedham, MA 02026-6150
aty         +William Parks,    Law Offices of William C. Parks PC,    88 Tremont Street,    Suite 705,
              Boston, MA 02108-4101
smg         +COMMONWEALTH OF MASSACHUSETTS,    DIV OF UNEMPLOYMENT ASSISTANCE,    ATTN BANKRUPTCY UNIT 5TH FLOOR,
              19 STANIFORD STREET,    BOSTON, MA 02114-2502
smg          MASS DEPT OF REVENUE,    BANKRUPTCY UNIT,    PO BOX 9564,    BOSTON, MA  02114-9564
smg         +UNITED STATES ATTORNEY,    ONE COURTHOUSE WAY,    SUITE 9200,    BOSTON, MA 02210-3013
smg          US DEPARTMENT OF LABOR,    EMPLOYEE BENEFITS,    JFK FEDERAL BUILDING,    ROOM 575,
              BOSTON, MA  02203
18214125    +Albert and Susannna Maldonado,    26 Bradfield Ave, Unit 2,    Roslindale, MA 02131-1902
18214127    +Athanasios Haberis,    28 Bradfield Ave,    Roslindale, MA 02131-1902
18214129    +BAYVIEW FINANCIAL LOAN,    4425 PONCE DE LEON BLVD,    CORAL GABLES, FL 33146-1873
18214135    +Ellen Kokinidis,    7 Brown Terrace,    Dedham, MA 02026-6150
18214137    +Home Depot Credit Services,    PO Box 183175,    Columbus OH 43218-3175
18214139    +JPMorganChase Bank, N.A,    PO BOX 8000,    Monroe, LA 71211-8000
18214138    +James Andrew Higdon,    26 Bradfield Ave, Unit 1,    Roslindale, MA 02131-1902
18214140    +Olympian Foods, Inc.,    189 Elm St.,    Everett, MA 02149-5232
18214143    +Paul G. Roiff,    Heath Properties,    74 Clarendon St.,    Boston, MA 02116-6004
18214144    +Peoples Federal Savings Bank,    435 Market St,    Brighton, MA 02135-2799
18214147    +Susan Markey,    26 Bradfield Ave, Unit 3,    Roslindale, MA 02131-1902
18214148    +U.S. Bank Home Mortgage,    221 W. Cherry,    Nevada, MO 64772-3304
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
tr          +EDI: BMGDEGIACOMO.COM Sep 06 2011 23:08:00      Mark G. DeGiacomo,    Murtha Cullina LLP,
              99 High Street,    Boston, MA 02110-2327
ust         +E-mail/Text: ustpregion01.bo.ecf@usdoj.gov Sep 06 2011 23:16:14      John Fitzgerald,
              Office of the US Trustee,    J.W. McCormack Post Office & Courthouse,
              5 Post Office Sq., 10th Fl, Suite 1000,    Boston, MA 02109-3934
18214126     EDI: AMEREXPR.COM Sep 06 2011 23:08:00      AMEX,    P.O. BOX 297871,
              FORT LAUDERDALE, FL 33329-7871
18214130     EDI: CAPITALONE.COM Sep 06 2011 23:08:00      CAP ONE,    PO BOX 85520,    RICHMOND, VA 23285
18214133    +E-mail/Text: MSpadoni@century-bank.com Sep 06 2011 23:16:04      Century Bank and Trust Co,
              400 Mystic Ave.,    Medford, MA 02155-6316
                                                                                              TOTAL: 5
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18214128*    +Athanasios Haberis,    28 Bradfield Ave,    Roslindale, MA 02131-1902
18214131*   ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
              (address filed with court: CAP ONE,    PO BOX 85520,    RICHMOND, VA 23285)
18214132*   ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
              (address filed with court: CAP ONE,    PO BOX 85520,    RICHMOND, VA 23285)
18214134*    +Century Bank and Trust Co,    400 Mystic Ave.,    Medford, MA 02155-6316
18214136*    +Ellen Kokinidis,    7 Brown Terrace,    Dedham, MA 02026-6150
18214141*    +Olympian Foods, Inc.,    189 Elm St.,    Everett, MA 02149-5232
18214142*    +Olympian Foods, Inc.,    189 Elm St.,    Everett, MA 02149-5232
18214145*    +Peoples Federal Savings Bank,    435 Market St,    Brighton, MA 02135-2799
18214146*    +Peoples Federal Savings Bank,    435 Market St,    Brighton, MA 02135-2799
                                                                                 TOTALS: 0, * 9, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0101-1           User: ymw                    Page 2 of 2            Date Rcvd: Sep 06, 2011
                               Form ID: b9a                 Total Noticed: 23

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 08, 2011**              **Signature:**    _Joseph Speetjens_

**OFFICIAL FORM B9A** (Chapter 7 Individual or Joint Debtor No Asset Case) (12/10)    Case Number **11−18443 fjb**

# UNITED STATES BANKRUPTCY COURT
### District of Massachusetts

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 9/2/11.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Charles Kokinidis
7 Brown Terrace
Dedham, MA 02026

| Case Number:<br>11−18443 | Social Security/Taxpayer ID/Employer ID/Other Nos.:<br>xxx−xx−0417 |
|---|---|
| Attorney for Debtor(s) (name and address):<br>William Parks<br>Law Offices of William C. Parks PC<br>88 Tremont Street<br>Suite 705<br>Boston, MA 02108<br>Telephone number: 617 523 0712 | Bankruptcy Trustee (name and address):<br>Mark G. DeGiacomo<br>Murtha Cullina LLP<br>99 High Street<br>Boston, MA 02110<br>Telephone number: 617−457−4000 |

### Meeting of Creditors
Date: **October 6, 2011**    Time: **11:30 AM**
Location: **J.W. McCormack Post Office & Court House, 5 Post Office Square, Room 325, Boston, MA 02109**

### Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*
The presumption of abuse does not arise.

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts: 12/5/11**

### Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

**Deadline for Debtor(s) to attend a Financial Management Training approved by the UST:** Sixty days from the first date set for the §341 meeting. Failure to file a debtor(s) certificate of completion with the Court will prevent the entry of the Debtor(s) discharge.

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

### Foreign Creditors
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| **Address of the Bankruptcy Clerk's Office:**<br>U. S. Bankruptcy Court<br>J.W. McCormack Post Office & Court House<br>5 Post Office Square, Suite 1150<br>Boston, MA 02109−3945<br>Telephone number: 617−748−5300 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>James M. Lynch |
|---|---|
| Hours Open: Monday − Friday 8:30 AM − 5:00 PM | Date: 9/6/11 |

**EXPLANATIONS** FORM B9A (12/10)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Debtor(s) Financial Management Training Deadline | The Debtor(s) discharge will not enter if the Debtor(s) fails to attend a financial management training program approved by the US Trustee or if the Debtor(s) attends such training and fails to file a debtor(s) certificate of completion with the U.S. Bankruptcy Court. This training is in addition to the prebankruptcy counseling requirement. A list of approved courses may be obtained from the U.S. Trustee office or from the Court website at www.mab.uscourts.gov. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must file a complaint or a motion if you assert the discharge should be denied under §727(a)(8) or (a)(9) in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. The bankruptcy clerk's office must receive the complaint or motion and any required filing fee by that Deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Foreign Creditors | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

–– Refer to Other Side for Important Deadlines and Notices ––