United States Bankruptcy Court
District of Massachusetts

In re:  
Charles Kokinidis  
    Debtor

Case No. 11-18443-fjb  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0101-1     User: amoody     Page 1 of 1     Date Rcvd: Oct 13, 2011  
                   Form ID: pdf012     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 15, 2011.  
aty         +William Parks, Law Offices of William C. Parks PC, 88 Tremont Street, Suite 705, Boston, MA 02108-4101

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 15, 2011**                  **Signature:** _Joseph Speetjens_

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE:<br><br>    KOKINIDIS, CHARLES,<br><br>Debtor. | CHAPTER 7<br>CASE NO. 11-18443 |

## Debtor's Amendment of Schedules

The Debtor in the above-captioned case hereby amends Schedule A by substituting the attached amended schedules for those originally filed, pursuant to Fed. R. Bankr. P. 1009.

Date: 09/28/2011

/s/ William C. Parks
Attorney for Debtor
BBO#: 679820
88 Tremont St
Boston, MA 02108
(617) 523-0712

10/13/2011 No objection filed. Granted.