UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
**Proceeding Memorandum/Order**

**In Re:** Charles Kokinidis                                      **Case/AP Number** 11-18443 -FJB
                                                                  **Chapter** 7

#14   Motion filed by Debtor Charles Kokinidis to Avoid Judicial Lien with Century Bank and with People's Federal Savings Bank

**COURT ACTION:**

_____Hearing held

_____Granted        _____Approved       _____Moot

_____Denied         _____Denied without prejudice      _____Withdrawn in open court

_____Overruled      _____Sustained

_____Continued to_____

_____Proposed order to be submitted by _____

_____Stipulation to be submitted by_____

_____No appearance by _____

Show Cause Order       _____Released    _____Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

The Debtor shall serve this motion on all creditors and parties having an interest in the property and shall file a certificate of such service on or before October 25, 2011.

IT IS SO ORDERED:

*Frank J. Bailey*

_____Dated: 10/20/2011
Frank J. Bailey
United States Bankruptcy Judge