United States Bankruptcy Court
District of Massachusetts

In re:                                                                 Case No. 11-18443-fjb
Charles Kokinidis                                                      Chapter 7
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0101-1         User: amoody              Page 1 of 1              Date Rcvd: Oct 20, 2011
                             Form ID: pdf012           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 22, 2011.
aty         +William Parks,   Law Offices of William C. Parks PC,   88 Tremont Street,   Suite 705,
              Boston, MA 02108-4101

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 22, 2011**                    **Signature:**    _Joseph Speetjens_

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
**Proceeding Memorandum/Order**

**In Re:** Charles Kokinidis

**Case/AP Number** 11-18443 -FJB
**Chapter** 7

#14    Motion filed by Debtor Charles Kokinidis to Avoid Judicial Lien with Century Bank and with People's Federal Savings Bank

**COURT ACTION:**

_____Hearing held

_____Granted    _____Approved    _____Moot

_____Denied    _____Denied without prejudice    _____Withdrawn in open court

_____Overruled    _____Sustained

_____Continued to _____

_____Proposed order to be submitted by _____

_____Stipulation to be submitted by_____

_____No appearance by _____

Show Cause Order    _____Released    _____Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

The Debtor shall serve this motion on all creditors and parties having an interest in the property and shall file a certificate of such service on or before October 25, 2011.

IT IS SO ORDERED:

*/s/ Frank J. Bailey*    Dated: 10/20/2011
Frank J. Bailey
United States Bankruptcy Judge