<u>CERTIFICATE OF SERVICE</u>

I, William C. Parks, do hereby certify that on October 17th, 2011, I electronically filed with the Clerk of the Bankruptcy Court: MOTION OF DEBTOR TO AVOID JUDICIAL LIENS PURSUANT TO 11 U.S.C. SEC. 522 OF PEOPLE'S FEDERAL SAVINGS BANK AND CENTURY BANK AND TRUST COMPANY and served same in the following manner upon the interested parties:

E-Mail Service: via the Court's CM/ECF system which sent notification of such filing to the following:

John Fitzgerald
USTPRegion01.BO.ECF@USDOJ.GOV

Mark G. DeGiacomo
mdegiacomo@murthalaw.com

Albert and Susanna Maldonado
26 Bradfield Ave, Unit 2
Roslindale, MA 02131

AMEX
P.O. BOX 297871
FORT LAUDERDALE, FL 33329-7871

Athanasios Haberis
28 Bradfield Ave
Roslindale, MA 02131

BAYVIEW FINANCIAL LOAN
4425 PONCE DE LEON BLVD
CORAL GABLES, FL 33146

CAP ONE
PO BOX 85520
RICHMOND, VA 23285

Century Bank and Trust Co
400 Mystic Ave.
Medford, MA 02155

Ellen Kokinidis
7 Brown Terrace
Dedham, MA 02026

Home Depot Credit Services
PO Box 183175
Columbus OH 43218

James Andrew Higdon
26 Bradfield Ave, Unit 1
Roslindale, MA 02131

JPMorganChase Bank, N.A
PO BOX 8000
Monroe, LA 71203

Olympian Foods, Inc.
189 Elm St.
Everett, MA 02149

Paul G. Roiff
Heath Properties
74 Clarendon St.
Boston, MA 02116

Peoples Federal Savings Bank
435 Market St
Brighton, MA 02135

Susan Markey
26 Bradfield Ave, Unit 3
Roslindale, MA 02131

U.S. Bank Home Mortgage
221 W. Cherry
Nevada, MO 64772


Mail Service: via Regular, first-class United States mail, postage fully pre-paid, addressed to:




/s/ William C. Parks
WILLIAM C. PARKS, ESQ.