<u>CERTIFICATE OF SERVICE</u>

I, William C. Parks, do hereby certify that on November 8th, 2011, I electronically filed with the Clerk of the Bankruptcy Court: MOTION OF DEBTOR TO AVOID JUDICIAL LIENS PURSUANT TO 11 U.S.C. SEC. 522 OF PEOPLE'S FEDERAL SAVINGS BANK AND CENTURY BANK AND TRUST COMPANY and served same in the following manner upon the interested parties:

Mail Service: via Regular, first-class United States mail, postage fully pre-paid, addressed to:

Century Bank and Trust Company
C/O Kara Dardeno
424 Broadway
Somerville, MA 02145

People's Federal Savings Bank
C/O Joshua M. Fox
60 William St, Suite 220
Wellesley, MA 02481

E-Mail Service: via the Court's CM/ECF system which sent notification of such filing to the following:

> John Fitzgerald
> USTPRegion01.BO.ECF@USDOJ.GOV
>
> Mark G. DeGiacomo
> mdegiacomo@murthalaw.com
>
> Albert and Susanna Maldonado
> 26 Bradfield Ave, Unit 2
> Roslindale, MA 02131
>
> AMEX
> P.O. BOX 297871
> FORT LAUDERDALE, FL 33329-7871
>
> Athanasios Haberis
> 28 Bradfield Ave
> Roslindale, MA 02131
>
> BAYVIEW FINANCIAL LOAN
> 4425 PONCE DE LEON BLVD
> CORAL GABLES, FL 33146

CAP ONE
PO BOX 85520
RICHMOND, VA 23285

Century Bank and Trust Co
400 Mystic Ave.
Medford, MA 02155

Ellen Kokinidis
7 Brown Terrace
Dedham, MA 02026

Home Depot Credit Services
PO Box 183175
Columbus OH 43218

James Andrew Higdon
26 Bradfield Ave, Unit 1
Roslindale, MA 02131

JPMorganChase Bank, N.A
PO BOX 8000
Monroe, LA 71203

Olympian Foods, Inc.
189 Elm St.
Everett, MA 02149

Paul G. Roiff
Heath Properties
74 Clarendon St.
Boston, MA 02116

Peoples Federal Savings Bank
435 Market St
Brighton, MA 02135

Susan Markey
26 Bradfield Ave, Unit 3
Roslindale, MA 02131

U.S. Bank Home Mortgage
221 W. Cherry
Nevada, MO 64772


                            /s/ William C. Parks
                            WILLIAM C. PARKS, ESQ.