# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS
# EASTERN DIVISION

| | |
|---|---|
| **In re**<br><br>**CHARLES KOKINIDIS,**<br><br>             **Debtor** | **Chapter 7**<br>**Case No. 11-18443-FJB** |

## ORDER ON
## DEBTOR'S MOTION TO AVOID JUDICIAL LIENS

Debtor Charles Kokinidis having filed a motion to avoid the judicial lien of Century Bank and Trust Company (a writ of execution recorded at the Norfolk County Registry of Deeds, Bk. 28816, Page 347) on the Debtor's interest in the real property located at 7 Brown Terrace, Dedham, Massachusetts; no opposition having been filed; and the motion having stated good cause under 11 U.S.C. § 522(f) to avoid the lien in its entirety:

Debtor Charles Kokinidis having filed a motion to avoid the judicial lien of People's Federal Savings Bank (a writ of execution recorded at the Norfolk County Registry of Deeds, Bk. 29036, Page 1) on the Debtor's interest in the real property located at 7 Brown Terrace, Dedham, Massachusetts; no opposition having been filed; and the motion having stated good cause under 11 U.S.C. § 522(f) to avoid the lien in its entirety:

The Court hereby ORDERS and ADJUDGES that the Debtor's motion to avoid the above-described judicial liens is GRANTED and, accordingly, that the above-described judicial liens are AVOIDED and shall be of no effect.

Date:  November 18, 2011

_____
Frank J. Bailey
United States Bankruptcy Judge